```
THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendants
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.
```

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO – CENTRAL DIVISION

| | |
|---|---|
| ARTURO CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. & DOES 1 - 10, inclusive,<br><br>   Defendants. | Case No. 37-2017-00010209-CL-MC-CTL<br><br>**DEFENDANTS MIDLAND FUNDING, LLC, AND MIDLAND CREDIT MANAGEMENT, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>[IMAGED FILE]<br><br>Action Filed: March 21, 2017<br>Judge: Hon. Katherine Bacal<br>Dept.: C-69 |

Defendants MIDLAND FUNDING, LLC ("Midland"), and MIDLAND CREDIT MANAGEMENT, INC. ("MCM") (collectively "Defendants"), on behalf of themselves and no others, hereby submit the following Answer to the Complaint filed in this action by Plaintiff ARTURO CASTRO ("Castro" or "Plaintiff") as follows:

### GENERAL DENIAL

Pursuant to Section 431.30(d) of the California Code of Civil Procedure, Defendants generally and specifically deny each and every allegation set forth in the Complaint, and the whole thereof, and generally and specifically deny that Plaintiff has been injured or has suffered any damages in any sum whatsoever.

## AFFIRMATIVE DEFENSES

As and for separate affirmative defenses to the Complaint, and without assuming or shifting any burden of proof required of Plaintiff to establish his claims, Defendants allege on information and belief as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. The allegations of the Complaint fail to state a claim against Defendants upon which relief can be granted. Plaintiff does not provide sufficient facts to state a claim for relief that is plausible on its face.

### SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations/Laches)**

2. The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation, including without limitation 15 U.S.C. § 1692k(d) and California Civil Code § 1788.30(f), and/or the equitable doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

**(Bona Fide Error)**

3. To the extent that any violation of law occurred, which Defendants expressly deny, said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by Defendants of procedures reasonably adapted to avoid any such error.

### FOURTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

4. Defendants allege on information and belief that Plaintiff, although under a legal obligation to do so, has failed to take reasonable steps to mitigate any alleged damages that he may have and is therefore barred from recovering damages, if any, from Defendants.

### FIFTH AFFIRMATIVE DEFENSE

**(Apportionment)**

5. Without admitting that any damages exist, if damages were suffered by Plaintiff as alleged in the Complaint, those damages were proximately caused by and contributed by persons

other than Defendants. The liability, if any exists, of all defendants and/or any responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of these Defendants should be reduced accordingly.

### SIXTH AFFIRMATIVE DEFENSE

**(Equitable Indemnity)**

6. To the extent that Plaintiff has suffered any damage as a result of any alleged act or omission of Defendants, which Defendants deny, Defendants are entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE

**(Conduct of Others)**

7. Plaintiff's damages, if any, were caused by the actions or inactions of others over whom these answering Defendants had no control.

### PRAYER

WHEREFORE, Defendants MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC. request judgment as follows:

1. That Plaintiff takes nothing by way of the Complaint, which should be dismissed with prejudice;

2. That Defendants recover from Plaintiff their costs according to proof;

3. That Defendants recover their attorneys' fees according to proof; and

4. That the Court orders such other further reasonable relief as the Court may deem just and proper.

DATED: August 4, 2017            SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for Defendants
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendants
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO – CENTRAL DIVISION

| | |
|---|---|
| ARTURO CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. & DOES 1 - 10, inclusive,<br><br>   Defendants. | Case No. 37-2017-00010209-CL-MC-CTL<br><br>**PROOF OF SERVICE**<br><br>**[IMAGED FILE]**<br><br>Action Filed: March 21, 2017<br>Judge: Hon. Katherine Bacal<br>Dept.: C-69 |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On August 4, 2017, I served true copies of the following document described as:

> 1. **DEFENDANTS MIDLAND FUNDING, LLC, AND MIDLAND CREDIT MANAGEMENT, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

on the interested parties in this action as follows:

| | | |
|---|---|---|
| 1 | Daniel Lickel, Esq. | *Attorneys for Plaintiff* |
| 2 | Law Offices of Daniel Lickel | *Arturo Castro* |
|   | 3533 Fairmount Avenue | |
|   | San Diego, CA  92105 | |
| 3 | Tel.: (858) 952-1033 | |
|   | Fax: (619) 546-0792 | |
| 4 | Email: danlickel@hotmail.com | |

5

6   **BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the

7   persons at the address listed above and placed the envelope for collection and mailing, following

8   our ordinary business practices. I am readily familiar with Solomon Ward Seidenwurm &

9   Smith, LLP's practice for collecting and processing correspondence for mailing. On the same day

10  that correspondence is placed for collection and mailing, it is deposited in the ordinary course of

11  business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I

12  am a resident or employed in the county where the mailing occurred. The envelope was placed in

13  the mail at San Diego, California.

14       I declare under penalty of perjury under the laws of the State of California that the

15  foregoing is true and correct.

16       Executed on August 4, 2017, at San Diego, California.

17

18                                                          _____
                                                            SHANNON DEISSIG
19

20

21

22

23

24

25

26

27

28